# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1212-Orl-31KRS**

**JONATHAN KAPLOWITZ, et al.,**

      **Defendants.**

## ORDER

Defendant, Jonathan Kaplowitz, has filed a Rule 12 Motion to Dismiss the Complaint (Doc. 10). The pleading, however, exceeds the Court's 20-page limit. *See* Local Rule. 3.01(c). Accordingly, the Motion is hereby STRICKEN. Defendant shall have until September 19, 2005 to modify his motion in compliance with the Local Rules.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 13, 2005.

                                                                  GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party