**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-vs-**                                               **Case No. 6:05-cv-1212-Orl-31KRS**

**JONATHAN KAPLOWITZ, et al.,**

       **Defendants.**

## ORDER

This matter came before the Court sua sponte. Despite an explanation from the Court of his obligations in this matter, Defendant Johnathan Kaplowitz ("Kaplowitz") has persisted in filing outlandish motions and demands for hearings on those motions. It is time for this to stop. Accordingly, it is hereby

**ORDERED** that on or before November 11, 2005, Kaplowitz shall file an answer to the Complaint. Failure to do so may result in the entry of default without further notice. And it is

**FURTHER ORDERED** that all of Kaplowitz's pending motions (Docs. 41-49) are **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 1, 2005.

                                                                       GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party