**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**-vs-**                                                                                             **Case No. 6:05-cv-1212-Orl-31KRS**

**JONATHAN KAPLOWITZ, et al.,**

          **Defendants.**

## ORDER

This matter comes before the Court without a hearing on the Verified Motion to Recuse Judge Presnell (Doc. 51) filed by Defendant Jonathan Kaplowitz ("Kaplowitz") and the Application for Entry of Default (Doc. 40) filed by the Plaintiff, the United States of America.

The United States Code provides that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Moreover, a judge must disqualify himself if: (1) he has a personal bias or prejudice concerning a party; (2) in private practice, he served as lawyer in the matter in controversy; (3) in private practice, a lawyer with whom he previously practiced law served during the association as a lawyer concerning the matter; or (4) he has a financial interest in the subject matter in controversy or in a party to the proceeding or any other interest that could be substantially affected by the outcome of the proceeding. 28 U.S.C. § 455(b). In his motion seeking recusal, Kaplowitz makes various allegations but cites no specifics. Based on what Kaplowitz has provided, no reasonable observer could question the

Court's impartiality.  Further, none of the items in 28 U.S.C. § 455(b) apply.  Kaplowitz's motion will therefore be denied.

Turning to the motion for entry of default, the Court notes that Kaplowitz has filed an answer.  (Doc. 57).  The goverment's motion will therefore be denied.  In consideration of the foregoing, it is hereby

**ORDERED** that  the Verified Motion to Recuse Judge Presnell (Doc. 51) and the Application for Entry of Default (Doc. 40) are **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 14, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party