# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**               **Case No.  6:05-cv-1212-Orl-31KRS**

**JONATHAN KAPLOWITZ, et al.,**

    **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Judgment on the Pleadings (Doc. 76) and the Motion to Dismiss the Verified Counterclaim for Damages (Doc. 77) filed by the Plaintiff, the United States of America (the "United States").  After reviewing those motions, the memoranda in support of those motions, and the responses (Docs. 81, 83) filed by the Defendant, Jonathan Kaplowitz ("Kaplowitz"), the Court finds that the United States is entitled to the judgment it seeks and that the Court lacks subject matter jurisdiction over Kaplowitz's counterclaim.  In consideration of the foregoing, it is hereby

  **ORDERED** that

  1. The Motion to Dismiss the Verified Counterclaim for Damages (Doc. 77) filed by the United States is **GRANTED**, and Kaplowitz's counterclaim (Doc. 70)  is **DISMISSED WITH PREJUDICE**; and

  2. The Motion for Judgment on the Pleadings (Doc. 76) filed by the United States is **GRANTED**; and

3.      Defendant Jonathan Kaplowitz is hereby **PERMANENTLY ENJOINED** from preparing, publishing, or filing in the public record any judgment, lien or other such document designed to encumber the property of any employee of the United States unless such judgment, lien or other document has been duly issued by a court of competent jurisdiction; and

4.      All pending motions are **DENIED AS MOOT**; and

5.      The Clerk is directed to enter judgment in favor of the United States and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 22, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party