# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                           **Case No. 6:05-cv-1212-Orl-31KRS**

**JONATHAN KAPLOWITZ, et al.,**

        **Defendants.**

___

## ORDER

This matter comes before the Court on Defendant Jonathan Kaplowitz's Verified Motion for a New Trial Under Federal Rule of Civil Procedure 59 (Doc. 101). As there was no trial in this matter, the Court construes Kaplowitz's motion as one for rehearing. After reviewing the motion, the Court finds that Kaplowitz has failed to raise a meritorious basis for reconsideration of the order (Doc. 99) granting the government's motion for judgment on the pleadings. In consideration of the foregoing, it is hereby

**ORDERED** that Defendant Jonathan Kaplowitz's Verified Motion for a New Trial Under Federal Rule of Civil Procedure 59 (Doc. 101) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 10, 2006.

                                                                 GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party