# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**	Case No. 6:05-cv-1212-Orl-31KRS

**JONATHAN KAPLOWITZ, et al.,**

        **Defendants.**

## ORDER

Upon consideration of Defendant's Motion to Vacate (Doc. 107), it is

**ORDERED** that said Motion is DENIED. This case has been concluded and Plaintiff is ordered to cease filing any further motions before this Court related to this case. Violation of this Order may result in Plaintiff being held in contempt of court and sanctioned accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 14, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party